Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Plaintiff(s): DEREK WAYNE JACKSON

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): Department of Corrections, C.O. 1 Stabile

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:22-CV-1430
(to be filled in by the Clerk's Office)

RECEIVED
OCT 12 2022
CLERK, U.S. DISTRICT COURT
THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: DEREK WAYNE JACKSON GQ3151
   All other names by which you have been known: Gossip / RM "Rain Maker"
   ID Number: GQ3151
   Current Institution: SCI- Waymart
   Address: P.O. Box 256 Route #6
   Waymart, PA 18472
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: C.O. 1 Stabile
   Job or Title (if known): C.O. 1
   Shield Number:
   Employer: Department of Corrections
   Address: SCI- Greene 175 Progress Drive
   Waynesburg, PA 15370
   City / State / Zip Code
   [X] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name: Department of Corrections
   Job or Title (if known): SCI- Greene
   Shield Number: Correctional Facility
   Employer: 175 Progress Drive
   Address: D.O.C. Department of Corrections
   Waynesburg, PA 15370
   City / State / Zip Code
   [X] Individual capacity   [ ] Official capacity

Case 2:22-cv-01430-MRH-MPK    Document 7    Filed 01/05/23    Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
- Name
- Job or Title (if known)
- Shield Number
- Employer
- Address

City  State  Zip Code

☐ Individual capacity  ☐ Official capacity

**Defendant No. 4**
- Name
- Job or Title (if known)
- Shield Number
- Employer
- Address

City  State  Zip Code

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*8th amendments and 14th amendments. Excessive force. Aggrivated assult & Aggrivated Harrassment*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pró Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendents forcefully caused Physical harm and damage to Plaintiff mr.Jackson without cause and unessisary.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

RTU Restricted housing unit at SCI-Greene on Alpha H unit C.O. stabile assulted plaintiff on 12/29/2020 during 1st shift.

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

12/29/2020 during 1st Shift.

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was attacked and beaten by a Corrections officer C.O. 2 Stabile. I Request to submit and Request the Camera witness of the to event.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered many bodily injury from my head, arms and Back. I also suffered a Jaw injury and Broken teeth.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request Relief to be Granted a five figure money damage Reward or atleast a four figure to repair my losses and to sustain my physical damages.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCI-Greene 175 Progress Drive Waynesburg PA 15370.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Excessive force Staff assault.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Many various complaints prior and after events

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Derek Wayne Jackson GQ3151_
   Defendant(s) _Department of corrections_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _Western District Magistrate_

3. Docket or index number
   _16-1223 / 20-3547 / 19-1584 / 19-CV-221 / 2:14-CV / 14-1204_

4. Name of Judge assigned to your case
   _Magistrate Maureen P. Kelly_

5. Approximate date of filing lawsuit
   _9/ 2019_

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.  _July July/2022_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

# Integrated Offender Case Management System

| Worklist | Activities | Reports | Search | | 12/27/2021 1:42:07 PM [CR2PRODWEB03] |

**Offender ID 6911AR**

**Offender Details**

| | | | |
|---|---|---|---|
| **Name:** JACKSON, DEREK WAYNE | **CL/Prog.cd.:** 4 Y H Z | **Bed Assignment:** G -2B-1014-04 | **Status:** Active in DOC |
| **Date of Birth:** 10/29/1986 | **Sex:** Male | **Race:** Black | **Perm Location:** Waymart |
| **PBPP:** 602DS | **SID:** 302-18-86-8 | **FBI:** | **Temp Location:** |
| **RRRI:** | **Rebuttable:** Ineligible | **Counselor:** Hess, Laurie Ann | **Detainers:** Yes |

**Case ID GQ3151**

**Menu Bar**
- Offender Accounts
  - **Sub Account Setup**
  - Transactions
  - Offender Summary
  - Indigent Activity
  - Cable TV Management
  - Account Summary

## Sub Account History | Sub Account Setup

| Actions | Case ID | Sub Account | Details | Account Created | Total Ded Amt ($) | Paid($) | Remaining Bal ($) | Status | Paid Date | Updated By | Upda |
|---|---|---|---|---|---|---|---|---|---|---|---|
| View Modify History | GQ3151 | Institutional Fines | D092716 | 09/16/2021 | 60.64 | 54.13 | 6.51 | Active | | system, generated | 12/21 |
| View Modify History | GQ3151 | Federal filing Fees | 16-1223 | 09/13/2016 | 350.00 | 237.38 | 112.62 | Active | | system, generated | 12/21 |
| View Modify History | GQ3151 | Institutional Fines | D047823 | 06/04/2021 | 78.50 | 78.50 | 0.00 | Paid | 11/03/2021 | system, generated | 11/03 |
| View Modify History Delete | GQ3151 | Federal filing Fees | 20-3547 | 10/20/2020 | 350.00 | 0.00 | 350.00 | Active | | Carter, Joni | 10/20 |
| View Modify History Delete | GQ3151 | Federal filing Fees | 19-1584 | 05/18/2020 | 350.00 | 0.00 | 350.00 | Active | | Carter, Joni | 05/18 |
| View Modify History | GQ3151 | Federal filing Fees | 2:14-CV-14-1604 | 01/15/2015 | 350.00 | 350.00 | 0.00 | Paid | 01/09/2020 | Decker, Tonya | 01/09 |
| View Modify History Delete | GQ3151 | Federal filing Fees | 19-CV-221 | 04/15/2019 | 350.00 | 0.00 | 350.00 | Active | | Carter, Joni | 04/15 |
| View Modify History | GQ3151 | Federal filing Fees | 1:08CV1297 | 04/07/2011 | 174.20 | 174.20 | 0.00 | Paid | 04/07/2012 | system, generated | 04/07 |
| View Modify History | GQ3151 | Act 84 | 3616/05 | 05/04/2006 | 332.50 | 332.50 | 0.00 | Paid | 04/06/2010 | | |

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) DEREK WAYNE JACKSON
   Defendant(s) Department of Corrections

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Western Magistrate District of Pennsylvania

3. Docket or index number
   Please Review Docket Entry to Consult Each Case Specific.

4. Name of Judge assigned to your case
   Magistrate Maureen P. Kelly.

5. Approximate date of filing lawsuit
   2014 to 2022

6. Is the case still pending?
   ☒ Yes
   ☐ No
   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Still Pending

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/5/2022

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: DEREK WAYNE JACKSON
Prison Identification #: GQ3151
Prison Address: P.O. Box 256 RAtc+t 6
Waymart, PA 18472

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____