2:22-CV-01430-MRH-MPK  et al

JACKSON V. STABILE

4/3/2023

To: Clerk for MAGISTRATE Judge **FILED**
Maureen P. KELLY.

APR 11 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RESPONSE: I write to you your honor to deny Motion to dismiss for failure to State a claim. MS. Annamarie Truckley is Lying to state failure to state a claim. It is clear to see my claim which is aggrivated assult. By the means of excessive force and aggrivated harrassment. There should be no means she cant identify the matters claim. on the previous mentioned I raised the claim for aggrivated assult. and excessive force. These claims have already been made and filed on petions place. my civi'l complaint your honor has also in later Requested in other filed Motions to supena the actual video tape of the event from both medical and Security. If is insulting to think that ms. Annamarie Truckley would implicate me in such ignorence to file a civil complaiht without a claim.

Your honor I deeply request to Subena the camera witness and also Request that ms. Annamarie Trucksleys Motion to dismiss for failure to state a claim to be denied.

This case is a open shot, I respect ms. Annamarie Truckley attempts to protect her defendants but this is common Sense what excessive force and aggrivated assult should mean to understand to the claim being raised.

As a man I have belief that she seeks more details, but I dont have those details without the camera witness that explains and shows officer Stubites act to boolly harm me in excessive force and aggrivated Assult. This case doesnt in My oppinion need details to state a claim other then what is nessisary without exagerated details.

Officer Stubile knows what he has done.
The argument to this case is clear that
ms. Annamarie Truckley has no defense
for her defendant and tried to access
that I raised no claim.

4/3/2023

X

**Other Orders/Judgments**
2:22-cv-01430-MPK JACKSON v. STABILE et al

**U.S. District Court**

**Western District of Pennsylvania**

**Notice of Electronic Filing**

The following transaction was entered on 3/31/2023 at 9:01 AM EDT and filed on 3/31/2023
**Case Name:**          JACKSON v. STABILE et al
**Case Number:**        2:22-cv-01430-MPK
**Filer:**
**Document Number:** 18(No document attached)

**Docket Text:**
**ORDER Response re [16] Motion to Dismiss for Failure to State a Claim. Plaintiff's Response to the Motion is due by 5/1/2023. Signed by Magistrate Judge Maureen P. Kelly on 3/31/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (et)**


**2:22-cv-01430-MPK Notice has been electronically mailed to:**

Annamarie Truckley    atruckley@attorneygeneral.gov

**2:22-cv-01430-MPK Filer must deliver notice by other means to:**

DEREK WAYNE JACKSON
GQ3151
SCI WAYMART
P.O. Box 256, Route #6
Waymart, PA 18472

RE: CLERKS OFFICE

2:22-CV-01430-mph

ATTN: MAUREEN P. KELLY

JACKSON VS. Stabile.

YOUR HONOR

Hi and much Grace be upon You, I thought
that I might add that the video of the
event of officer Stabile causeing me bodily harm
is fully clear and plain out wrong and unnessisary.
I personally was knocked out for several minutes
until medical picked me up on a wheel chair.
I woke up missing teeth and a mouth full of
blood with bruises and cuts on my face. when I
was Broght back to my conscious only can be
what was mentioned could I recall. Being that
I was knocked out and sufferd head injury
and trauma, I still recall officers laughing about
my teeth on the ground with my blood. He
Slamed me to the ground and beet me unconscious
from what was told to me. Blood was everywhere.
The camera was both on the unit and a
medical camera was taken to make reports.
All this was from retaliation from my grivance
reports and SCI greene complaints. I really
and truly ask you to review the video tapes.
The case is a open shut. officer stabile cannot
exsplain anyway that his assult and excessive
force was justifiable by law.

Thanks You will be looking for response.
I seek to proceed to trial.

Att: MAGISTRATE JUDGE
MAUREEN P. KELLY

---

RE: I simply chose to bring this to Your attention the equation of legal games SCI- Greene Portraits in act's of defense. I respect the uniform system but the means to manipulate- inmate for lack of ability to exsplain in exspresses of availible contact is sadly overly exceeded. and deprives from due process.

I request for You to watch the cases claims and see what this Means for the unessisary for both Charges and Retaliation that plays the Role for officer's Game they run to get Approached in a victioms percepts.

4/3/2023