2:22-CV-1430

I. STATEMENT of the case

I Plaintiff ask the magistrate honorable court not to dismiss the complaint for reasons listed below.

FILED
APR 18 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

II. I, Derek Wayne Jackson, Plaintiff request to move to trial. My allegations in the complaint are true and knowing without the means to exaggerate or mislead in false testimony. Defendants now attempt to Draw all in support a conclusion that my complaint doesn't have enough details. Your honor, I did not argue the case all in full by the file the case on docket simply to get the case a # number and to specificly start the case to open. My claims are fact and the medical report pictures, Photos, and survailence will simple and verify exsplain full fact details in all in support of my Claim. Your honor the video and reports of event will show all reasons for my claims and prevail my due process.

Your honor I agree, finding that a complaint must do more than allege the plaintiff's entitlement to relief ~~but~~ but rather show such an entitlement via its facts.) As listed by docket entry # previously requested to subpeona all medical reports and camera witness.

Factual matter does exspose defendant as entitled in exsessive force, aggravated assault, and aggravated harassment. Should no means excuse defendant for what he has did and done to harm me with intent and premeditation.

Your honor again I am severely mentally ill and the Attorney Generals office has done nothing but bully and deprive me from due process and Justice. I am not Qualified to argue this case except for what I can. I suffer from many physical head injuries from years of abuse on SCI-Greene.

Please consider this case cant be argued in motions and paperwork without trial. I Respectfully request due process be prevail with a trial and my request for discovery of medical reports and all camera witness.

Ofcourse tho I do have common sense your honor, my law exspertise is really not supported as a Law Graduate. I haven't even graduated from high school.

Just because my paperwork and fileing of this legal circumstances finds itself being luck of expertise, and is minimal akery briefly stating what I can. That should not excuse a criminal or civil litigation to perform its act excused. an example as immunity.

I rely solely on video and medical reports to argue this case not motions without the actual reality of the case and circumstances. The actual reality and circumstance exsplain reasons for purpose of this civil complaint.

DEREK WAYNE JACKSON
GQ 3151