CASE 2:22-cv-01430 MPK
JACKSON v. STABILE et al

To: Clerk's offices
ATTN: Please forward to Magistrate Maureen P. Kelly.

**FILED**

AUG 08 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



RE:                      8/11/2023

    Your honor good day and great wishes that you are well. I seek this request for you to not grant Motion Pending to dismiss this matter. I ask that your honorable court does not Grant Motion to dismiss.

    Also I request that you look at both video's retrieved by the attorney general. If you will see these tapes then you will see how this case argued right in my favor as there is no defense for Stubile. Excessive force was gracefully put in Claims but I request to amend my complaint and put a more relevant complaint amended for Attempted Murder. These acts by Stubile was intended to kill me with head a face injury as well as other physical harm. So I do now also request to amend my complaint from excessive force to attempted Murder. Also I request that you view the video evidence, AND to keep noticed that I know it is premature but I do seek to proceed trial.



Also Your honor please keep in my that I take medications for mental illness and I am diagnoised. Also I ask respectfully any gracefully that we treat this matter serious and that you seriously consider what harm Stubile has done to me. Ms. Dalia Aboraya cannot beat this case at trial. which is why she wants to keep it quiet, neglecting actual facts and sense to the matter. There no way to argue the evidence.

Also being that I request to amend excessive force to attempted murder I also request a evidentry hearing. Respectfully I acknowledge that Department of corrections needs to come to grips with how the retaliation persists. Your honor I also request to amend my complaint with retaliation. So attempted murder excessive force and retaliation are what I seek to argue this case. I see that being liberal isn't going to help a case that the attorney general just wants to hide.

Thanks you    God Bless