**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEREK WAYNE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>C.O. 1 STABILE, SCI GREENE *Department of Corrections*,<br><br>Defendants. | ) | Civil Action No. 22-1430<br><br>Chief District Judge Mark R. Hornak<br>Magistrate Judge Maureen P. Kelly |

**ENTRY OF APPEARANCE**

Please enter the appearance of Edward D. Phillips of the law firm of Babst, Calland, Clements and Zomnir, P.C. on behalf of Plaintiff Derek Wayne Jackson, in the above-captioned matter.

Date: January 31, 2025

Respectfully submitted,

Babst, Calland, Clements and Zomnir, P.C.

*/s/ Edward D. Phillips*
Edward D. Phillips, Esquire
PA I.D. #322402
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
(412) 394-5649 – Phone
ephillips@babstcalland.com

*Appointed Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing ***Entry of Appearance*** was served upon all counsel of record via the Court's electronic filing system on the 31st day of January, 2025.

*/s/ Edward D. Phillips*
Edward D. Phillips, Esquire