IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK WAYNE JACKSON,** | : | No.  2:22-CV-1430 |
| Plaintiff | : | |
| | : | Magistrate Judge Kelly |
| v. | : | |
| | : | Electronically Filed Document |
| **C.O.1 STABLE AND SCI GREENE,** | : | |
| Defendants | : | |

## NOTICE OF DEFENDANT'S DISCOVERY PRODUCTION

AND NOW, comes the Defendants, C.O.1 STABLE, by and through his attorney, Dalia A. Aboraya, Deputy Attorney General, and the Pennsylvania Office of Attorney General, and herein provided the following documents and information to Plaintiff's Counsel on March 3, 2025:

1. Video 2902—HB Dayroom—2020-12-29 08-39-57-683.mov

2. Handheld Video 20201229084644

3. DC-ADM 201 Use of Force Policy

4. DC-ADM 804 Inmate Grievances Policy

5. Plaintiff's Cell History

6. EOR 12-29-2020 Part 1

7. EOR 12-29-2020 Part 2

8. Grievance History

9. Grievance 909719

10. Medical Incident Injury Report 12-29-2020

11. Misconduct History

12. Photos 12-29-2020

13. Grievance History

                                            **Respectfully submitted,**

                                            **DAVID W. SUNDAY, JR.**
                                            **Attorney General**

                             **By:**    */s/ Dalia A. Aboraya*
                                            **DALIA A. ABORAYA**

**Office of Attorney General**        **Deputy Attorney General**
**1251 Waterfront Place**            **Attorney ID 328038**
**Mezzanine Level**
**Pittsburgh, PA 15222**               **NICOLE R. DITOMO**
**Phone: (412) 565-7653**           **Chief Deputy Attorney General**
                                         **Civil Litigation Section**

**daboraya@attorneygeneral.gov**

**Date: March 3, 2025**                **Counsel for Defendants**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK WAYNE JACKSON,** | : | No. 2:22-CV-1430 |
| Plaintiff | : | |
| | : | Magistrate Judge Kelly |
| v. | : | |
| | : | Electronically Filed Document |
| **C.O.1 STABLE AND SCI GREENE,** | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Dalia A. Aboraya, Deputy Attorney General, hereby certify that on MARCH 3, 2025, I caused to be served a true and correct copy of the foregoing document titled NOTICE OF DEFENDANT'S DISCOVERY PRODUCTION to the following:

**VIA ECF**

**Edward Phillips**
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center
603 Stanwix Street
Ste 8th Floor
Pittsburgh, PA 15222
412-394-6553
Email: ephillips@babstcalland.com
*Counsel for Plaintiff*

                                          */s/ Dalia A. Aboraya*
                                          **DALIA A. ABORAYA**
                                          Deputy Attorney General