CASE # 2:22-CV-1430

FROM DEREK WAYNE JACKSON

#GQ3151

DATE: 3/20/2025

ATTN: MAGISTRATE Judge KELLY

RE: Good day Your honor,

I Simply would like to thank You for my legal representation that Your honorable court has appointed and granted me. Thank You very much and I much would like to also thank You for Your time. Your time is of great value and I really appriciate Your help and guidence. So my GOD BLESS and I look forward to further more continue and to proceed under Your reference.

Thank You Sincerely

From JACKSON GQ3151

RECEIVED

MAR 25 2025

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

3/20/2025

ATTN: Clerk of Court

Please forward To
MAGISTRATE MAUREEN P. Kelly

FROM
DEREK WAYNE JACKSON # GQ3151
SCI-MAHANOY
301 Grey Line Drive
Frackville, PA 17931